**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF FLORIDA

Case number *(if known)* _____  Chapter __11__

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy 04/25

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | Santis & Argenta, LLC |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | AKA D'VITALE FINE FURNITURE <br> FKA LVM PAINTING, LLC |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 81-3837595 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 3675 NW 19 Street <br> Fort Lauderdale, FL 33311 <br> Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| Broward <br> County | **Location of principal assets, if different from principal place of business** <br><br> Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL) _____

6. **Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    Santis & Argenta, LLC                                    Case number (if known) _____
_____
          Name

**7.  Describe debtor's business**    A. *Check one:*

☐  Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐  Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐  Railroad (as defined in 11 U.S.C. § 101(44))
☐  Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐  Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐  Clearing Bank (as defined in 11 U.S.C. § 781(3))
☒  None of the above

B. *Check all that apply*
☐  Tax-exempt entity (as described in 26 U.S.C. §501)
☐  Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐  Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
   http://www.uscourts.gov/four-digit-national-association-naics-codes.
   _____

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

☐  Chapter 7
☐  Chapter 9
☒  Chapter 11. *Check **all** that apply:*

   ☐  Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

   ☒  The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐  The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

   ☐  A plan is being filed with this petition.

   ☐  Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐  The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐  The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐  Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

☐ No.
☒ Yes.

If more than 2 cases, attach a separate list.

District  Southern District of Florida; Fort Lauderdale   When  4/3/24   Case number  24-13236-SMG
District  _____   When  _____   Case number  _____

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☒ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor  _____   Relationship  _____
District  _____   When  _____   Case number, if known  _____

| Debtor | Santis & Argenta, LLC | | Case number (*if known*) | |
|---|---|---|---|---|
| | Name | | | |

**11. Why is the case filed in this district?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☒ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50   million | ☐ $1,000,000,001 - $10 billion |
| ☒ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐  $50,001 - $100,000 | ☐ $10,000,001 - $50   million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☒ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor  Santis & Argenta, LLC
        _____          Case number (*if known*) _____
        Name

| **Request for Relief, Declaration, and Signatures** |

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   May 12, 2025
              _____
              MM / DD / YYYY

**X** /s/ Jorge Viera
_____          Jorge Viera
Signature of authorized representative of debtor     _____
                                                  Printed name

Title   President
        _____

**18. Signature of attorney**

**X** /s/ Chad Van Horn
_____          Date   May 12, 2025
Signature of attorney for debtor                          _____
                                                         MM / DD / YYYY

Chad Van Horn
_____
Printed name

Van Horn Law Group, P.A.
_____
Firm name

500 NE 4th Street, Suite 200
Fort Lauderdale, FL 33301
_____
Number, Street, City, State & ZIP Code

Contact phone   (954) 765-3166        Email address   chad@cvhlawgroup.com
                _____                       _____

64500 FL
_____
Bar number and State

**Fill in this information to identify the case:**

Debtor name    Santis & Argenta, LLC

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF FLORIDA

Case number (if known)

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.    Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.   Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.   18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☒  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☒  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☒  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☒  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☒  *Schedule H: Codebtors* (Official Form 206H)
☒  *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐  Amended *Schedule*
☒  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐  Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    May 12, 2025          **X** /s/ Jorge Viera
                                     Signature of individual signing on behalf of debtor

                                     Jorge Viera
                                     Printed name

                                     President
                                     Position or relationship to debtor

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | Santis & Argenta, LLC |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF FLORIDA |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Alliance Funding Group 17542 17th Street #200 Tustin, CA 92780 | | Biesse Rover K FT Nesting Machine Serial n. 1000047324 | | $95,033.00 | $66,000.00 | $29,033.00 |
| American Express PO Box 6031 Carol Stream, IL 60197 | | Business Debt | | | | $20,754.11 |
| Atlas Small Business Finance 10689 N Kendall Dr Suite 317 Miami, FL 33176 | | Ingersoll Rand Screw Compressor | | $8,000.00 | $5,000.00 | $3,000.00 |
| Balboa Capital Corporation 575 Anton Blvd. Suite 1080 Costa Mesa, CA 92626 | | Biesse Akron 1300 Edgebanding Machine   Serial n. 1000048843 | | $29,000.00 | $21,000.00 | $8,000.00 |
| Bank of America PO Box 15796 Wilmington, DE 19886 | | Credit Card | | | | $44,192.74 |
| Bank of America PO Box 15796 Wilmington, DE 19886 | | Credit Card | | | | $14,961.55 |
| Channel Partners 600 Town Park Lane Suite 555 Kennesaw, GA 30144 | | Biesse Cosmo Case Clamp Machine Serial n. 1000053975 | | | | $26,883.77 |
| Chase Auto PO Box 71220 Philadelphia, PA 19176 | | 2024 Hyundai Ioniq 5; VIN #KM8KN4DE8RU2 33603; Mileage 12,367 | | $52,228.35 | $33,550.00 | $18,678.35 |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                                                                    Best Case Bankruptcy

Debtor    Santis & Argenta, LLC
_____
Name

Case number *(if known)* _____

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Coastal Waste 2481 NW 2nd Ave. Boca Raton, FL 33431 | | Business Debt | | | | $2,655.85 |
| Davie 51, LLC 7071 W Commercial Blvd, Suite 2A Fort Lauderdale, FL 33319 | | Lease | | | | $0.00 |
| Dedicated Funding 5403 Olympic Drive NW Suite 200 Gig Harbor, WA 98335 | | Conveyor, Label Kit, Dust Collector | | $49,220.00 | $20,000.00 | $29,220.00 |
| Hanmi Bank 3660 Wishire Blvd, PH-A Los Angeles, CA 90010 | | Biesse Elix Dowel Machine S n. 1000050239 | | $41,461.00 | $23,000.00 | $18,461.00 |
| Internal Revenue Service PO Box 7346 Philadelphia, PA 19101 | | | | | | $3,202.00 |
| JPMOrgan Chase Bank National Bankruptcy Dept PO Box 29505 AZ1-5757 Phoenix, AZ 85038-9505 | | | | | | $52,084.42 |
| Navitas Credit Corp. 201 Executive Center Drive, Suite 100 Columbia, SC 29210 | | Money owed | | | | $5,904.46 |
| Newlane Finance 123 S Broad St, 17th Floor Philadelphia, PA 19109 | | | | | | $2,143.57 |
| OCA Tile Service LLC 1790 NW 108th Ave, #102 Miami, FL 33172 | | Servicve | Contingent Unliquidated Disputed | | | $4,418.36 |
| TD Auto Finance PO Box 100295 Columbia, SC 29202 | | 2023 Hyundai Ioniq 5; VIN #KM8KNDAF5PU171927; Mileage 11,734 | | $54,684.18 | $29,700.00 | $24,984.18 |

Debtor    Santis & Argenta, LLC
          _____    Case number *(if known)*    _____
          Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| US Dept of Justice/US Trustee Program 51 SW First Avenue, Suite 1204 Miami, FL 33130 | | fees | | | | $1,088.00 |

**Fill in this information to identify the case:**

Debtor name    Santis & Argenta, LLC

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF FLORIDA

Case number (if known)   _____

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals     12/15

| Part 1: | Summary of Assets |
|---|---|

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
     Copy line 88 from *Schedule A/B*.............................................................................    $     0.00

   1b. **Total personal property:**
     Copy line 91A from *Schedule A/B*.........................................................................    $     185,913.82

   1c. **Total of all property:**
     Copy line 92 from *Schedule A/B*...........................................................................    $     185,913.82

| Part 2: | Summary of Liabilities |
|---|---|

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*..................................    $     329,626.53

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
     Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................    $     3,202.00

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
     Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................    +$     175,086.83

4. **Total liabilities** ................................................................................................................
   Lines 2 + 3a + 3b     $     507,915.36

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name _Santis & Argenta, LLC_

United States Bankruptcy Court for the: _SOUTHERN DISTRICT OF FLORIDA_

Case number (if known) _____

☐ Check if this is an amended filing

# Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property                      12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1:     Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No.   Go to Part 2.
   ☒ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. Wells Fargo Bank | Checking | 8759 | $368.82 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.              $368.82

## Part 2:     Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☐ No.   Go to Part 3.
   ☒ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
   Description, including name of holder of deposit

| | |
|---|---|
| 7.1. Security deposit to landlord Last Mile BCC BH I, LLC $5,087.50 for property located at: 3675 NW 19 Street, Lauderdale Lakes, FL 33311; Subject to landlord's lien | $0.00 |

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
   Description, including name of holder of prepayment

9. **Total of Part 2.**

   Add lines 7 through 8. Copy the total to line 81.                         $0.00

## Part 3:     Accounts receivable

Debtor    Santis & Argenta, LLC                                      Case number *(If known)* _____
          Name

10. **Does the debtor have any accounts receivable?**

☒ No.   Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | Investments |
|---|---|

13. **Does the debtor own any investments?**

☒ No.   Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☒ No.   Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No.   Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.   Go to Part 8.
☒ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture** <br> 5 Working desks, meeting table with 4 chairs, 2 executive black chairs, 2 executive red chairs, 2 cabinet divider carts | $0.00 | Debtor's opinion | $1,230.00 |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** <br> 65" TCL 2023 TV, 50" Phillips 2023 TV | $0.00 | Debtor's opinion | $350.00 |
| | Hamilton Beach microwave, water/coffee filter, Oster electric pan | $0.00 | Debtor's opinion | $120.00 |
| | HP Computer, Zebra label Printer, Canon Printer, Vtec 4 line business telephone | $0.00 | Debtor's opinion | $720.00 |

42.  **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.  **Total of Part 7.**                                                                        | $2,420.00 |
     Add lines 39 through 42.   Copy the total to line 86.

Official Form 206A/B                         Schedule A/B Assets - Real and Personal Property                         page 2

Debtor    Santis & Argenta, LLC _____    Case number *(If known)* _____
                  Name

44.    **Is a depreciation schedule available for any of the property listed in Part 7?**
         ☒ No
         ☐ Yes

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
         ☒ No
         ☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---------|-------------------------------------|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.    Go to Part 9.
☒ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47.    Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.    2023 Hyundai Ioniq 5; VIN<br>#KM8KNDAF5PU171927; Mileage 11,734 | $0.00 | Black Book Price<br>Point | $14,850.00 |
| 47.2.    2024 Hyundai Ioniq 5; VIN<br>#KM8KN4DE8RU233603; Mileage 12,367 | $0.00 | Black Book Price<br>Point | $16,775.00 |
| **48.    Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | | | |
| **49.    Aircraft and accessories** | | | |
| **50.    Other machinery, fixtures, and equipment (excluding farm<br>machinery and equipment)** | | | |
| Biesse Elix Dowel Machine S n. 1000050239 | $0.00 | Debtor's opinion | $23,000.00 |
| Conveyor, Label Kit, Dust Collector | $0.00 | Debtor's opinion | $20,000.00 |
| Biesse Rover K FT Nesting Machine Serial n.<br>1000047324 | $0.00 | Debtor's opinion | $66,000.00 |
| 2016 Caterpillar Forklift with 2 forklift propane<br>tanks | $0.00 | Debtor's opinion | $9,000.00 |
| Ingersoll Rand Screw Compressor | $0.00 | Debtor's opinion | $5,000.00 |
| Biesse Akron 1300 Edgebanding Machine    Serial<br>n. 1000048843 | $0.00 | | $21,000.00 |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                                                              Best Case Bankruptcy

Debtor     Santis & Argenta, LLC                                    Case number *(If known)*
           Name

| | | |
|---|---|---|
| Ryobi circular saw, 2 cordless Ryobi multi-tools, Ryobi cordless vacuum, 3 Ryobi cordless drills, 3 - 1/4 Impact drivers, 2 Ryobi cordless nail guns, 2 Ryobi cordless LED lights, Ryobi reciprocating saw, 2 Ryobi circular saws, 12 Ryobi batteries, 4 Ryobi chargers, Ryobi router, Makita circular saw, 2 GE commercial vents, Ryobi toll box, DeWalt table saw, Ridge miter saw, multi-use hand truck, 15pc router bit set, 4 production tables, 2 assembly tables, 2 pallet jacks, Husky 200 psi compressor; 2015 Caterpillar Forklift | $0.00    Debtor's opinion | $7,500.00 |

**51.** **Total of Part 8.**                                                                    | $183,125.00 |

Add lines 47 through 50.   Copy the total to line 87.

**52.** **Is a depreciation schedule available for any of the property listed in Part 8?**
☒ No
☐ Yes

**53.** **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☒ No
☐ Yes

| Part 9: | **Real property** |
|---|---|

**54. Does the debtor own or lease any real property?**

☒ No.   Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | **Intangibles and intellectual property** |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

☒ No.   Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | **All other assets** |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☒ No.   Go to Part 12.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor    Santis & Argenta, LLC                                   Case number *(If known)* _____
          Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $368.82 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $2,420.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $183,125.00 | |
| 88. **Real property.** *Copy line 56, Part 9*.........................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $185,913.82 | + 91b.  $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $185,913.82 |

**Fill in this information to identify the case:**

Debtor name      Santis & Argenta, LLC

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF FLORIDA

Case number (if known)  _____

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☒ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>**Amount of claim**<br><br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

**2.1** Alliance Funding Group

Creditor's Name

17542 17th Street #200
Tustin, CA 92780

Creditor's mailing address

_____

Creditor's email address, if known

**Date debt was incurred**
03/2022
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
Biesse Rover K FT Nesting Machine Serial n. 1000047324

**Describe the lien**
Purchase Money Security

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| $95,033.00 | $66,000.00 |
|---|---|

**2.2** Atlas Small Business Finance

Creditor's Name
10689 N Kendall Dr Suite 317
Miami, FL 33176

Creditor's mailing address

_____

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
Ingersoll Rand Screw Compressor

**Describe the lien**
Purchase Money Security

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| $8,000.00 | $5,000.00 |
|---|---|

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor  Santis & Argenta, LLC
_____
Name

Case number (if known) _____

---

| 2.3 | Balboa Capital Corporation | Describe debtor's property that is subject to a lien | $29,000.00 | $21,000.00 |

**2.3 Balboa Capital Corporation**
Creditor's Name

575 Anton Blvd. Suite 1080
Costa Mesa, CA 92626
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
Biesse Akron 1300 Edgebanding Machine
Serial n. 1000048843          $29,000.00          $21,000.00

Creditor's email address, if known

**Describe the lien**
Purchase Money Security

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Date debt was incurred**
01/2022

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Last 4 digits of account number**
1000

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

**2.4 Chase Auto**
Creditor's Name

PO Box 71220
Philadelphia, PA 19176
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
2024 Hyundai Ioniq 5; VIN
#KM8KN4DE8RU233603; Mileage 12,367          $52,228.35          $33,550.00

Creditor's email address, if known

**Describe the lien**
Retail Vehicle Sale Installment Contract

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Date debt was incurred**
10/10/2023

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Last 4 digits of account number**
2410

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

**2.5 Dedicated Funding**
Creditor's Name

5403 Olympic Drive NW
Suite 200
Gig Harbor, WA 98335
Creditor's mailing address

**Describe debtor's property that is subject to a lien**
Conveyor, Label Kit, Dust Collector          $49,220.00          $20,000.00

Creditor's email address, if known

**Describe the lien**
Purchase Money Security

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 2 of 3

Debtor    Santis & Argenta, LLC
_____    Case number (if known)    _____
            Name

☒ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 | Hanmi Bank | Describe debtor's property that is subject to a lien | $41,461.00 | $23,000.00 |

Creditor's Name                    Biesse Elix Dowel Machine S n. 1000050239

3660 Wishire Blvd, PH-A
Los Angeles, CA 90010

Creditor's mailing address         **Describe the lien**
                                   Purchase Money Security

                                   **Is the creditor an insider or related party?**
                                   ☒ No

Creditor's email address, if known ☐ Yes

                                   **Is anyone else liable on this claim?**
**Date debt was incurred**         ☐ No
03/2022                            ☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H)
**Last 4 digits of account number**

**Do multiple creditors have an**  **As of the petition filing date, the claim is:**
**interest in the same property?**  Check all that apply
☒ No                               ☐ Contingent
☐ Yes. Specify each creditor,      ☐ Unliquidated
including this creditor and its relative    ☐ Disputed
priority.

---

| 2.7 | TD Auto Finance | Describe debtor's property that is subject to a lien | $54,684.18 | $29,700.00 |

Creditor's Name                    2023 Hyundai Ioniq 5; VIN
                                   #KM8KNDAF5PU171927; Mileage 11,734
PO Box 100295
Columbia, SC 29202

Creditor's mailing address         **Describe the lien**
                                   Retail Vehicle Sale Installment Contract

                                   **Is the creditor an insider or related party?**
                                   ☒ No
Creditor's email address, if known ☐ Yes

                                   **Is anyone else liable on this claim?**
**Date debt was incurred**         ☐ No
10/10/2023                         ☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H)
**Last 4 digits of account number**

**Do multiple creditors have an**  **As of the petition filing date, the claim is:**
**interest in the same property?**  Check all that apply
☒ No                               ☐ Contingent
☐ Yes. Specify each creditor,      ☐ Unliquidated
including this creditor and its relative    ☐ Disputed
priority.

---

3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $329,626.53 |

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name   and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

---

Official Form 206D        Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**        page 3 of 3

**Fill in this information to identify the case:**

Debtor name    Santis & Argenta, LLC

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF FLORIDA

Case number (if known)

☐ Check if this is an amended filing

# Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1** Priority creditor's name and mailing address

Florida Department of Revenue
PO Box 6668
Tallahassee, FL 32314-6668

Total claim: $0.00    Priority amount: Unknown

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☒ No
☐ Yes

**2.2** Priority creditor's name and mailing address

Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101

Total claim: $3,202.00    Priority amount: $0.00

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☒ No
☐ Yes

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

**3.1** Nonpriority creditor's name and mailing address

American Express
PO Box 6031
Carol Stream, IL 60197

Amount of claim: $20,754.11

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred

Last 4 digits of account number

Basis for the claim: Business Debt

Is the claim subject to offset? ☒ No   ☐ Yes

Debtor  Santis & Argenta, LLC
      Name

Case number (if known) _____

---

**3.2** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $44,192.74
Bank of America
PO Box 15796
Wilmington, DE 19886

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _2953_

**Basis for the claim:** _Credit Card_

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.3** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $14,961.55
Bank of America
PO Box 15796
Wilmington, DE 19886

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _3908_

**Basis for the claim:** _Credit Card_

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.4** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $26,883.77
Channel Partners
600 Town Park Lane Suite 555
Kennesaw, GA 30144

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Biesse Cosmo Case Clamp Machine Serial n._
_1000053975_

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.5** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $2,655.85
Coastal Waste
2481 NW 2nd Ave.
Boca Raton, FL 33431

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Business Debt_

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.6** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown
Davie 51, LLC
7071 W Commercial Blvd, Suite 2A
Fort Lauderdale, FL 33319

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Lease_

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.7** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $52,084.42
JPMOrgan Chase Bank
National Bankruptcy Dept
PO Box 29505
AZ1-5757
Phoenix, AZ 85038-9505

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.8** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | Unknown
Mauricio De Santis
2913 Tortola Way
Hollywood, FL 33024

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.9** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $5,904.46
Navitas Credit Corp.
201 Executive Center Drive, Suite 100
Columbia, SC 29210

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _Money owed_

Is the claim subject to offset? ☒ No  ☐ Yes

---

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com     

Debtor    Santis & Argenta, LLC _____    Case number (if known) _____
        Name

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,143.57 |
|---|---|---|---|

Newlane Finance
123 S Broad St, 17th Floor
Philadelphia, PA 19109

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,418.36 |
|---|---|---|---|

OCA Tile Service LLC
1790 NW 108th Ave, #102
Miami, FL 33172

**Date(s) debt was incurred** December 2024

**Last 4 digits of account number** _

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Servicve

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,088.00 |
|---|---|---|---|

US Dept of Justice/US Trustee Program
51 SW First Avenue, Suite 1204
Miami, FL 33130

**Date(s) debt was incurred** 2024/2025

**Last 4 digits of account number** 3236

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** fees

Is the claim subject to offset? ☒ No ☐ Yes

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | Biesse America<br>PO Box 19849<br>Charlotte, NC 28219 | Line 3.4<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | Claudia Reves Gonzalez, Esq.<br>Reyes, Reves & Betancourt<br>5798 SW 6th Street, Suite 4<br>Miami, FL 33143 | Line 3.11<br><br>☐ Not listed. Explain ____ | _ |
| 4.3 | Florida Dept of Revenue<br>8175 NW 12th Street, Suite 119<br>Miami, FL 33126-1828 | Line 2.1<br><br>☐ Not listed. Explain ____ | _ |
| 4.4 | Internal Revenue Service<br>7850 SW 6th Court #5730<br>Fort Lauderdale, FL 33322 | Line 2.2<br><br>☐ Not listed. Explain ____ | _ |
| 4.5 | Tony A. Haber, Esq.<br>901 Ponce De Leon Boulevard<br>Suite 101<br>Coral Gables, FL 33134 | Line 3.8<br><br>☐ Not listed. Explain ____ | _ |

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. $ | 3,202.00 |
| 5b. Total claims from Part 2 | 5b. + $ | 175,086.83 |

---

Debtor    Santis & Argenta, LLC
_____
Name

Case number (if known) _____

**5c. Total of Parts 1 and 2**
Lines 5a + 5b = 5c.

5c.    $ _____ 178,288.83

| Fill in this information to identify the case: |
| --- |

Debtor name __Santis & Argenta, LLC__

United States Bankruptcy Court for the: __SOUTHERN DISTRICT OF FLORIDA__

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ☒ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| --- | --- | --- |
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | Debtor vacated premises and rejecting lease: 4800 SW 51st Street, Unit 106 Davie, FL 33314 | |
| | State the term remaining | Lease terminates 03/01/2025 | |
| | List the contract number of any government contract | _____ | Davie 51, LLC 7071 W Commercial Blvd, Suite 2A Fort Lauderdale, FL 33319 |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | Debtor vacated premises and rejecting lease: 4743 SW 51 Street Davie, FL 33314 | |
| | State the term remaining | Terminates 07/31/2025 | |
| | List the contract number of any government contract | _____ | Davie 51, LLC 7071 W Commercial Blvd, Suite 2A Fort Lauderdale, FL 33319 |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | Debtor to assume lease for business located at 3675 NW 19 Street, Lauderdale Lakes, FL 33311 | |
| | State the term remaining | Lease Term: 01/01/2024 through 02/08/2027 | Last Mile BCC BH I, LLC c/o Harbert Realty Services, LLC 2 North 20th Street, Suite 1700 Birmingham, AL 35203 |
| | List the contract number of any government contract | _____ | |

---

**Fill in this information to identify the case:**

Debtor name __Santis & Argenta, LLC__

United States Bankruptcy Court for the: __SOUTHERN DISTRICT OF FLORIDA__

Case number (if known) _____

☐ Check if this is an
amended filing

---

## Official Form 206H
## Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☒ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | Andrey Argenta | 1521 SW 186th AVE<br>Pembroke Pines, FL 33029 | Davie 51, LLC | ☐ D _____<br>☒ E/F __3.6__<br>☐ G _____ |
| 2.2 | Andrey Argenta | 1521 SW 186th AVE<br>Pembroke Pines, FL 33029 | Channel Partners | ☐ D _____<br>☒ E/F __3.4__<br>☐ G _____ |
| 2.3 | Andrey Argenta | 1521 SW 186th AVE<br>Pembroke Pines, FL 33029 | Hanmi Bank | ☒ D __2.6__<br>☐ E/F _____<br>☐ G _____ |
| 2.4 | Andrey Argenta | 1521 SW 186th AVE<br>Pembroke Pines, FL 33029 | Alliance Funding<br>Group | ☒ D __2.1__<br>☐ E/F _____<br>☐ G _____ |
| 2.5 | Andrey Argenta | 1521 SW 186th Ave<br>Pembroke Pines, FL 33029 | Balboa Capital<br>Corporation | ☒ D __2.3__<br>☐ E/F _____<br>☐ G _____ |
| 2.6 | Jorge Luis Vieira | 22764 Sleepy Brook Ln.<br>Boca Raton, FL 33428 | TD Auto Finance | ☒ D __2.7__<br>☐ E/F _____<br>☐ G _____ |

---

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor    Santis & Argenta, LLC _____    Case number *(if known)* _____

| | **Additional Page to List More Codebtors** |
|---|---|

Copy this page only if more space is needed.   Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.7 | Jorge Luis Vieira | 22764 Sleepy Brook Ln.<br>Boca Raton, FL 33428 | Chase Auto | ☒ D ___2.4___<br>☐ E/F _____<br>☐ G _____ |
| 2.8 | Andrey Argenta | 1521 SW 186th AVE<br>Pembroke Pines, FL 33029 | Davie 51, LLC | ☐ D _____<br>☐ E/F _____<br>☒ G ___2.1___ |
| 2.9 | Andrey Argenta | 1521 SW 186th AVE<br>Pembroke Pines, FL 33029 | Davie 51, LLC | ☐ D _____<br>☐ E/F _____<br>☒ G ___2.2___ |
| 2.10 | Jorge Luis Vieira | 22764 Sleepy Brook Ln.<br>Boca Raton, FL 33428 | Last Mile BCC BH I, LLC | ☐ D _____<br>☐ E/F _____<br>☒ G ___2.3___ |

**Fill in this information to identify the case:**

Debtor name ___Santis & Argenta, LLC___

United States Bankruptcy Court for the: ___SOUTHERN DISTRICT OF FLORIDA___

Case number (if known) _____

☐ Check if this is an amended filing

<u>Official Form 207</u>
# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy
04/25

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

| Part 1: | Income |
|---------|--------|

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | From the beginning of the fiscal year to filing date:<br>From 01/01/2025 to Filing Date | ☒ Operating a business<br><br>☐ Other _____ | $120,251.16 |
   | For prior year:<br>From 01/01/2024 to 12/31/2024 | ☒ Operating a business<br><br>☐ Other _____ | $747,424.00 |
   | For year before that:<br>From 01/01/2023 to 12/31/2023 | ☒ Operating a business<br><br>☐ Other _____ | $1,685,377.23 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☒ None.

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|
   | | | |

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---------|----------------------------------------------------------|

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

| Debtor | Santis & Argenta, LLC | Case number *(if known)* | |
|---|---|---|---|

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1.  Jossa's All Design Corp. | Preceding 90 days | $19,608.62 | ☐ Secured debt ☐ Unsecured loan repayments ☒ Suppliers or vendors ☐ Services ☐ Other__ |
| 3.2.  Last Mile BCC | Preceding 90 days | $21,910.32 | ☐ Secured debt ☐ Unsecured loan repayments ☒ Suppliers or vendors ☐ Services ☐ Other__ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☒ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ☐ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|
| Channel Partners 600 Town Park Lane Suite 555 Kennesaw, GA 30144 | Biesse Cosmo Case Clamp Machine Serial n. 1000053975 | June/July 2024 | Unknown |

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ☒ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

| Part 3: | Legal Actions or Assignments |
|---|---|

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

Debtor    Santis & Argenta, LLC                                          Case number *(if known)*

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | BALBOA CAPITAL CORPORATION, a California corporation<br>Plaintiff<br>vs<br>LVM PAINTING LLC, a Florida limited liability company; ANDREY MARQUES ARGENTA, an individual; and DOES 1 through 10, inclusive, Defendants<br>30-2024-01373929-CU-CL-CJC | Civil | Superior Court of California, County of Orange<br>700 Civic Center Drive West<br>Santa Ana, CA 92701 | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | Mauricio De Santis v. Jorge Vierra and Santis & Argenta LLC<br>CACE24009472 | Collection | Broward County Circuit Court | ☒ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.3. | Alliance Funding Group v. Santis & Argenta, LLC, et al.<br>CACE-25-005205 | Contract | Broward County 17th Judicial Circuit Court | ☐ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☒ None

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

**9.** **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☒ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

| Part 5: | Certain Losses |
|---|---|

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☒ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

| Part 6: | Certain Payments or Transfers |
|---|---|

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor    Santis & Argenta, LLC

Case number *(if known)*

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Van Horn Law Group PA 500 NE 4th Street, Suite 200 Fort Lauderdale, FL 33301 | Attorney fees: $10,000.00; Filing Fee: $1,738.00; $500.00 costs - Total received $12,238.00 less pre-billing of $6,977.50 leaving $3,022.50 attorney fees | March 2024 | $10,000.00 |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☒ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☒ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:**    **Previous Locations**

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | 4800 SW 51st Street Fort Lauderdale, FL 33314 | From 03/2022 to 01/2024 |
| 14.2. | 1521 SW 186th Ave Hollywood, FL 33029 | From 2020 to 12/2022 |

**Part 8:**    **Health Care Bankruptcies**

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☒ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:**    **Personally Identifiable Information**

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Debtor    Santis & Argenta, LLC                                    Case number (if known)

16. **Does the debtor collect and retain personally identifiable information of customers?**

☒ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☒ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

**Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | TD Bank | XXXX-4718 | ☒ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | Account closed 11/2023 | $0.00 |
| 18.2. | Bank of America | XXXX- | ☒ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | 4/25/24 - closed as pre-petition account with prior bankruptcy case; all funds moved to new DIP account at Wells Fargo | $8,164.10 |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☒ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☒ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☒ None

Official Form 207                 Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                                    page **5**

Debtor    Santis & Argenta, LLC                                    Case number *(if known)*

---

## Part 12:  Details About Environment Information

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☒ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23.  **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☒ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24.  **Has the debtor notified any governmental unit of any release of hazardous material?**

☒ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

## Part 13:  Details About the Debtor's Business or Connections to Any Business

25.  **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☒ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|

26.  **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.  RDM Bookkeeping Svc & Consulting 2300 West Sample Road Pompano Beach, FL 33064 | From 04/2023 to current |
| 26a.2.  Taxman Firm LLC 433 Plaza Real, Ste. 275 Boca Raton, FL 33432 | 2018 to 04/2023 |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor    Santis & Argenta, LLC                                    Case number *(if known)*

☒ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.    Jorge Luis Vieira<br>22764 Sleepy Brook Ln.<br>Boca Raton, FL 33428 | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☒ None

| Name and address |
|---|

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☒ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Jorge Viera | | 100% Owner and President | 100% |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
☒ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Mauricio De Santis | 2913 Tortola Way<br>Hollywood, FL 33024 | Shareholder | From 2022 to 07/2023 |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Andrey Argenta | 1521 SW 186th AVE<br>Hollywood, FL 33029 | Prior President and Shareholder; Sold interest to Jorge Viera in April 2025 | From 03/2023 to 4/2025 |

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☒ Yes. Identify below.

| Debtor | Santis & Argenta, LLC | Case number *(if known)* | |
|---|---|---|---|

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | Andrey Argenta<br>1521 SW 186th Ave<br>Pembroke Pines, FL 33029 | 13,500.00 | 4/2024 to 4/2025 | Officer salary and draws |
| | **Relationship to debtor**<br>Prior officer | | | |
| 30.2. | Jorge Luis Vieira<br>22764 Sleepy Brook Ln.<br>Boca Raton, FL 33428 | 27,807.17 | 4/2024 to 4/2025 | Salary |
| | **Relationship to debtor**<br>Owner and President | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☒ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☒ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

**Part 14:   Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.   Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____May 12, 2025_____

/s/ Jorge Viera _____
Signature of individual signing on behalf of the debtor

Jorge Viera _____
Printed name

Position or relationship to debtor ____President____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☒ No
☐ Yes

# United States Bankruptcy Court
## Southern District of Florida

In re   <u>Santis & Argenta, LLC</u>                Case No.  <u>          </u>

                                      Debtor(s)              Chapter  <u>  11        </u>

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| Jorge Viera<br>5501 N. Federal Hwy.<br>Boca Raton, FL 33487 | Common | 100 | 100% |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

        I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  <u>May 12, 2025</u>                Signature  <u>/s/ Jorge Viera</u>

                                                                       Jorge Viera

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Southern District of Florida

In re   Santis & Argenta, LLC                                              Case No.
                                    Debtor(s)                              Chapter    11

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to

the best of my knowledge.

Date:   May 12, 2025                           /s/ Jorge Viera
                                               Jorge Viera/President
                                               Signer/Title

Alliance Funding Group
17542 17th Street #200
Tustin, CA 92780


American Express
PO Box 6031
Carol Stream, IL 60197


Andrey Argenta
1521 SW 186th AVE
Pembroke Pines, FL 33029


Andrey Argenta
1521 SW 186th Ave
Pembroke Pines, FL 33029


Atlas Small Business Finance
10689 N Kendall Dr Suite 317
Miami, FL 33176


Balboa Capital Corporation
575 Anton Blvd. Suite 1080
Costa Mesa, CA 92626


Bank of America
PO Box 15796
Wilmington, DE 19886


Biesse America
PO Box 19849
Charlotte, NC 28219


Channel Partners
600 Town Park Lane Suite 555
Kennesaw, GA 30144


Chase Auto
PO Box 71220
Philadelphia, PA 19176


Claudia Reves Gonzalez, Esq.
Reyes, Reves & Betancourt
5798 SW 6th Street, Suite 4
Miami, FL 33143


Coastal Waste
2481 NW 2nd Ave.
Boca Raton, FL 33431


Davie 51, LLC
7071 W Commercial Blvd, Suite 2A
Fort Lauderdale, FL 33319


Dedicated Funding
5403 Olympic Drive NW Suite 200
Gig Harbor, WA 98335

Florida Department of Revenue
PO Box 6668
Tallahassee, FL 32314-6668


Florida Dept of Revenue
8175 NW 12th Street, Suite 119
Miami, FL 33126-1828


Hanmi Bank
3660 Wishire Blvd, PH-A
Los Angeles, CA 90010


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101


Internal Revenue Service
7850 SW 6th Court #5730
Fort Lauderdale, FL 33322


Jorge Luis Vieira
22764 Sleepy Brook Ln.
Boca Raton, FL 33428


JPMOrgan Chase Bank
National Bankruptcy Dept
PO Box 29505   AZ1-5757
Phoenix, AZ 85038-9505


Last Mile BCC BH I, LLC
c/o Harbert Realty Services, LLC
2 North 20th Street, Suite 1700
Birmingham, AL 35203


Mauricio De Santis
2913 Tortola Way
Hollywood, FL 33024


Navitas Credit Corp.
201 Executive Center Drive, Suite 100
Columbia, SC 29210


Newlane Finance
123 S Broad St, 17th Floor
Philadelphia, PA 19109


OCA Tile Service LLC
1790 NW 108th Ave, #102
Miami, FL 33172


TD Auto Finance
PO Box 100295
Columbia, SC 29202

Tony A. Haber, Esq.
901 Ponce De Leon Boulevard
Suite 101
Coral Gables, FL 33134

US Dept of Justice/US Trustee Program
51 SW First Avenue, Suite 1204
Miami, FL 33130